UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:05CV384-K

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| TWO CHEVROLET C1500 TRUCKS, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the government's motion to lift the stay entered herein by consent on November 14, 2005. For the reasons stated in the government's motion, it appears that the reasons for the stay no longer apply.

IT IS THEREFORE ORDERED that the stay is lifted and that claimants and any other interest parties shall proceed to file a claim, answer, or other appropriate pleading if they desire to contest forfeiture of the defendant property in this case.

Signed: May 22, 2006

David C. Keesler
United States Magistrate Judge